**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

| | |
|---|---|
| **CHARLES RAY CRAWFORD** | **PLAINTIFF** |
| v. | No. 4:12CV38-MPM-SAA |
| **CHRISTOPHER EPPS, ET AL.** | **DEFENDANTS** |

**JUDGMENT**

Having considered the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge was duly served by mail upon the *pro se* plaintiff at his last known address; that more than fourteen days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been filed or served by any party. The magistrate judge's Report and Recommendation should therefore be approved and adopted as the opinion of the court. It is ordered:

1. That the Report and Recommendation of the United States Magistrate Judge is hereby **APPROVED AND ADOPTED** as the opinion of the court.

2. That the claims against defendants Nagel, Wexford Health Sources, Inc., the American Corrections Association, Margaret Winter, and the ACLU National Prison Project be **DISMISSED** with prejudice for failure to state a claim upon which relief could be granted.

3. The following claims for damages are **DISMISSED** with prejudice: intermittently available hot water, unsatisfactory laundry service, lack of incentive programs for death row inmates, unreasonably high prices at the prison canteen, improperly conducted fire drills in the building housing death row inmates, that the ACA improperly awarded Unit 29-J accreditation, and that the ACLU gave inadequate representation by failing to ensure that the conditions in Unit 29 were up to constitutional standards.

4. Crawford's remaining claims against Christopher Epps, E. L. Sparkman, Warden Earnest Lee, Former Warden James Brewer, Lee Simon, Corrections Supervisor Nathan Harris, Hearing Officer Eddie Gates, Hearing Officer James Griffin, Hearing Officer Sarah Pittman, and Lt. Earnest King , however, will **PROCEED**.

**SO ORDERED**, this, the 16th day of May, 2014.

                                                **/s/ MICHAEL P. MILLS**
                                                **CHIEF JUDGE**
                                                **UNITED STATES DISTRICT COURT**
                                                **NORTHERN DISTRICT OF MISSISSIPPI**